UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN GARD )<br>   5045 Rush Light Path )<br>   Columbia, MD  21044-1295 )<br>)<br>       Plaintiff, )<br>  v. )<br>)<br>UNITED STATES DEPARTMENT )<br>   of EDUCATION )<br>)<br>       Defendant, )<br>)<br>       and )<br>)<br>MARGARET M. SPELLINGS, SECRETARY )<br>UNITED STATES DEPARTMENT )<br>     OF EDUCATION )<br>400 Maryland Avenue, S.W. )<br>Washington, D.C.  20202 )<br>)<br>       Defendant. )<br>) | Civil Action No. 07-2303 (RMC) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Oliver W. McDaniel, Assistant U.S. Attorney, as counsel of record for the defendants in the above-captioned case.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. BAR NUMBER 498-610

By:                /s/
OLIVER W. McDANIEL, D.C. Bar No. 377-360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C.  20530
(202) 616-0739 / (202) 514-8780 (Facsimile)

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of January, 2008, I caused the foregoing Notice of Appearance to be served on Plaintiff, Pro se, by the Electronic Case Filing system (ECF), to the extent that he has access, and by mail, postage prepaid, addressed as follows:

**John Gard**
5045 Rush Light Path
Columbia, MD  21044-1295

                                                  /s/
                                   OLIVER W. McDANIEL, D.C. BAR # 377360
                                   Assistant United States Attorney
                                   Civil Division
                                   555 Fourth Street, N.W.
                                   Washington, D.C.  20530
                                   (202) 616-0739