UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN GARD ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | Civil Action No. 07-2303 (RMC) |
| ) | |
| UNITED STATES DEPARTMENT ) | |
| of EDUCATION ) | |
| ) | |
| **Defendant,** ) | |
| ) | |
| and ) | |
| ) | |
| MARGARET M. SPELLINGS, SECRETARY ) | |
| UNITED STATES DEPARTMENT ) | |
| OF EDUCATION ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## NOTICE REGARDING RELATED CASE

Defendant, through counsel, the United States Attorney for the District of Columbia, provides notice that, in Defendant's view, this case is related to the pending case of *Gard v. U,S, Department of Education*, Civil Action No. 00-1096 (PLF). Consistent with Local Civil Rule (LCvR) 40.5, it appears that this case and the prior case could involve common issues of fact or that claims in the two cases could grow out of the same event or transaction. Defendant further advises the Court, as relevant to LCvR 40.5, that it appears that Plaintiff John Gard at times was a *pro se* litigant in the 00-1096 (PLF) case, for about 5years of the 7 years that the case has been pending, although he is

now represented by counsel in that case and that he has now filed the 180-page Complaint initiating this action as a *pro se* litigant.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        UNITED STATES ATTORNEY
        D.C. BAR NUMBER 498-610

By:               /s/
        OLIVER W. McDANIEL, D.C. Bar No. 377-360
        Assistant United States Attorney
        Civil Division
        555 4th Street, N.W.
        Washington, D.C.  20530
        (202) 616-0739

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of January, 2008, service of the foregoing Notice Regarding Related Case has been made to Plaintiff, *Pro se*, in this case and to Counsel for the Plaintiff, in the case *Gard v. U.S. Dept of Education*, C.A. No. 00-1096, by first class mail, postage prepaid, address as follows:

**James Fuchs, Esq.**
SNIDER & ASSOCIATES, LLC
104 Church Lane, Suite 100
Baltimore, MD 21208

**John Gard**
5045 Rush Light Path
Columbia, MD  21044-1295

/s/
OLIVER W. McDANIEL, D.C. Bar No. 377-360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C.  20530
(202) 616-0739