UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN GARD | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-2303 (RMC) |
| | ) |
| UNITED STATES DEPARTMENT | ) |
| of EDUCATION | ) |
| | ) |
| and | ) |
| | ) |
| MARGARET M. SPELLINGS, SECRETARY | ) |
| UNITED STATES DEPARTMENT | ) |
| OF EDUCATION | ) |
| | ) |
| Defendants. | ) |
| | ) |

**CONDITIONALLY UNOPPOSED MOTION FOR AN
EXTENSION OF TIME TO FILE AN ANSWER OR
OTHER RESPONSE TO THE COMPLAINT**

Defendants, through counsel, the United States Attorney for the District of Columbia, in this case, hereby move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an extension of time within which to file an Answer or other response to the Complaint, from today, February 25, 2008, up to and including March 25, 2008. Plaintiff, *Pro se*, has communicated that he will not oppose the motion providing an actual answer is filed. Counsel for the Defendants has communicated to Plaintiff that Defendants are attempting to decide whether to file a dispositive motion, file an answer or take some other course, in view of the prospects that Plaintiff will file an amended complaint, as explained more fully below. As grounds for this motion, Defendants rely upon the following memorandum in support.

Counsel for Defendants needs additional time to obtain important information from the agency necessary to formulate defenses to Plaintiff's claims and needs time to determine whether

Plaintiff will file an amended complaint. Plaintiff has three additional claims pending with the Equal Opportunity Employment Commission (EEOC). These claims have been pending for more than 180 days and are likely to be the basis of causes of action filed in federal court, in view of statements made in communications with the EEOC filed on behalf of Plaintiff. While Counsel for the Defendants has consulted with Plaintiff concerning whether he intends to file an amended complaint, it is still not clear what his plans are. While he has reported that he is not inclined to do so, he also reports that he is undecided. Counsel for the Defendants is inclined to file a motion to dismiss or for a more definite statement in view of the excessive length and complexity of the current complaint. However, if Plaintiff files an amended complaint, the necessity for such a response may be mooted.

Counsel has had a number of litigation demands that have precluded a more timely filed motion for an extension and that have hampered his ability to obtain the information necessary to respond to the complaint. Counsel has had a number of responsibilities for analyzing data in the class action litigation of <u>Johnson, et al. v. District of Columbia, et al.</u>, C.A. 02-2364 (RMC). Counsel, as well, has had a dispositive filing in the case of <u>West v. Spellings</u>, C.A. 06-1012 (RMC), and is having to research and begin drafting a brief seeking rehearing and/or rehearing en banc in the appeal of <u>Canadian Commercial Corp., et al. v. Air Force</u>, Appeal No. 06-5310. These and other litigation demands also necessitate this requested extension.

WHEREFORE, Defendant submits that this conditionally unopposed motion for an extension of time up to and including March 25, 2008 to file a response to the Complaint should be granted.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


/s/
OLIVER W. McDANIEL, D.C. Bar #377360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 616-0739 / (202) 514-8780 (Facsimile)

February 25, 2008

**CERTIFICATE OF SERVICE**

     I hereby certify that on this 25th day of February, 2008, I caused the foregoing Conditionally Unopposed Motion for an Extension of Time to File an Answer or Other Response to the Complaint, and proposed order, to be served on Plaintiff, *Pro se*, by the Electronic Case Filing system, to the extent that he has access, and by U.S. mail, postage prepaid, addressed as follows:

John Gard
5045 Rush Light Path
Columbia, MD  21044-1295

 

_____/s/_____
OLIVER W. McDANIEL, D.C. BAR # 377360
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 616-0739

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN GARD )<br>)<br>**Plaintiff,** )<br>v. )<br>)<br>UNITED STATES DEPARTMENT )<br>of EDUCATION )<br>)<br>and )<br>)<br>MARGARET M. SPELLINGS, SECRETARY )<br>UNITED STATES DEPARTMENT )<br>OF EDUCATION )<br>)<br>**Defendants.** )<br>) | Civil Action No. 07-2303 (RMC) |

### ORDER

Upon consideration of Defendants' Conditionally Unopposed Motion for an Extension of Time to File an Answer or Other Response to the Complaint, and the entire record of this case, it is hereby

ORDERED that Defendants' Conditionally Unopposed Motion for an Extension of Time, be GRANTED, and it is

FURTHER ORDERED that, Defendant shall have up to and including March 25, 2008, to file an Answer or other response to the Complaint.

Date this _____ day of _____, 2008.

_____
United States District Judge

Copies to:

Oliver W. McDaniel,
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530

John Gard
5045 Rush Light Path
Columbia, MD 21044-1295