**ORIGINAL**

## UNITED STATES DISTRICT COURT
### For The DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN GARD,<br>  5045 Rushlight Path<br>  Columbia, Maryland 21004-1295,<br><br>           Plaintiff<br><br>      v.<br><br>UNITED STATES DEPARTMENT<br>  of EDUCATION<br><br>           Defendant<br>   and<br><br>MARGARET SPELLING, SECRETARY,<br>UNITED STATES DEPARTMENT<br>   OF EDUCATION<br>  400 Maryland Avenue, S.W.<br>  Washington, D.C. 20202<br><br>           Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 07-2303 (RMC)

### SUMMONS DOCUMENTATION FILED

Plaintiff, *Pro se*, is hereby filing the Summons and Proof of Service Documentation.

1.  The original complaint was timely filed with the Court on December 21, 2008. A copy of the original complaint was timely served on the Defendants without a Summons on December 21, 2007, and with a Summons on December 26, 2007, by FedEx. A copy of the Summons and FedEx proof of service for December 26, 2007, is attached. Exhibit 1. The Complaint was filed with the Court and served on the Defendants as follows:

    A.    Hand delivered on December 21, 2007, to the Clerk's Office, Clerk of the Court, United States District Court for the District of Columbia, 333 Constitution Ave.,

**RECEIVED**

MAY 2 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Page 1 of 4

N.W.,Washington, D.C. 20001.

B.    Placed with FedEx, tracking # 8645 2066 8045, on December 21, 2007, for service on Attorney General of the United States, 950 Independence Ave., NW, Washington, D.C. 20530.  It was received December 26, 2007.

C.    Placed with FedEx, tracking # 8645 2066 8056, on December 21, 2007, for service on the United States Attorney's Office, 555 4th Street, NW, Washington, DC 20530. It was received December 26, 2007.

D.    Placed with FedEx, tracking # 8645 2066 8067, on December 21, 2007, for service on Margaret Spelling, Secretary, United States Department of Education, 400 Maryland Avenue, S.W., Washington, D.C. 20202.  It was received December 26, 2007.

E.    Placed with FedEx, tracking # 8645 2066 8078, on December 21, 2007, for service on William Haubert, Office of the General Counsel, United States Department of Education, 400 Maryland Avenue, S.W., Room 6C106, Washington, D.C. 20202. It was received December 26, 2007.

2.    The Revised Amended Complaint was timely filed with the Court on April 18, 2008.  A copy of the Revised Amended Complaint was timely served on the Defendants without a Summons on April 18 2008, by FedEx and USPS[1].  A copy of the FedEx and USPS proof of service documentation is attached. Exhibit 2. The Revised Amended Complaint was filed with the Court and served on the Defendants as follows:

---

[1] The person at the counter in the Clerk's office said a summons was not needed.

A.      Hand delivered on April 18, 2008, to the Clerk's Office, Clerk of the Court, United States District Court for the District of Columbia, 333 Constitution Ave., N.W.,Washington, D.C. 20001.

B.      Placed with FedEx, tracking # 8652 3493 1018, on April 18, 2008, for service on Mr. OLIVER W. McDANIEL, D.C. BAR # 377360, Assistant United States Attorney, Civil Division, 555 Fourth Street, N.W., Washington, D.C. 20530.  It was received April 22, 2008.

C.      Placed with USPS, delivery confirmation # 0308 0070 0001 7854 5110, on April 18, 2008, for service on  United States Attorney's Office, 555 4th Street, NW, Washington, DC 20530.  It was received April 21, 2008.

D.      Placed with USPS, delivery confirmation # 0308 0070 0001 7854 5103, Attorney General of the United States, 950 Independence Ave., NW, Washington, D.C. 20530. It was received April 21, 2008.

E.      Placed with USPS, delivery confirmation # 0308 0070 0001 7854 5134, William Haubert, Office of the General Counsel, United States Department of Education, 400 Maryland Avenue, S.W., Room 6C106, Washington, D.C. 20202.  It was received April 21, 2008.

F.      Placed with USPS, delivery confirmation # 0308 0070 0001 7854 5127, Margaret Spelling, Secretary, United States Department of Education, 400 Maryland Avenue, S.W., Washington, D.C. 20202.  It was received April 24, 2008.

**SUBSCRIBE AND SWORN TO:**

Respectfully submitted,

__May 19, 2008_____
Date

John Gard, Pro se
5045 Rush Light Path
Columbia, MD 21044-1295
(H) 410-715-0244      (W) 202-377-3830

Plaintiff's File ref:    2008-05-18 Summons Documentation Filed.wpd

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the date specified below a true and correct copy of the above and foregoing document entitled "Summons Documentation Filed" including the exhibits, if any, as specified therein was filed with and sent to the offices and individuals as specified below by USPS, FedEx or facsimile for filing in the District Court:

Clerk's Office, Clerk of the Court
United States District Court for the District of Columbia
333 Constitution Ave., N.W.
Washington, D.C.  20001

and

OLIVER W. McDANIEL, D.C. BAR # 377360
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
        (V)     (202) 616-0739      (F)     202.514.8780

__May 19, 2008_____
Date

John Gard, Pro se
5045 Rush Light Path
Columbia, MD 21044-1295
(H) 410-715-0244                (W) 202-377-3830

Plaintiff's File ref:    2008-05-18 Summons Documentation Filed.wpd

Page 4 of  4

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

JOHN GARD,
5045 Rushlight Path
Columbia, Maryland 21004-1295,

**SUMMONS IN A CIVIL CASE**

V.

UNITED STATES DEPARTMENT of EDUCATION and
MARGARET SPELLING, SECRETARY,
UNITED STATES DEPARTMENT OF EDUCATION
  400 Maryland Avenue, S.W.
  Washington, D.C. 20202,

Case: 1:07-cv-02303
Assigned To : Collyer, Rosemary M.
Assign. Date : 12/21/2007
Description: Employ Discrim.

TO: (Name and address of Defendant)

Attorney General of the United States
950 Independence Ave., NW
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John Gard
Plaintiff, pro se,
5045 Rushlight Path
Columbia, MD 21044-1295

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

DEC 2 1 2007

CLERK

DATE

(By) DEPUTY CLERK

*Exh 1, pg 1*

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE *December 26, 2007* |
| NAME OF SERVER *(PRINT)* *Fed Ex* | TITLE *FedEx, com* |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☒ Other (specify): *Served by FedEx at the*
*address specified.*

_____

## STATEMENT OF SERVICE FEES

| TRAVEL *97¢* | SERVICES *$18.01* | TOTAL *$18.98* */Plaintiff, pro se* |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on *5/18/2008*          *John Hard*
_____          _____
          Date          Signature of Server */Plaintiff, pro se.*

*5045 Rushlight Path*
_____
          Address of Server

*Columbia, MD 21044*

_____

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

*Exh 1, p 2*

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

JOHN GARD,
5045 Rushlight Path
Columbia, Maryland 21004-1295,

**SUMMONS IN A CIVIL CASE**

V.

UNITED STATES DEPARTMENT of EDUCATION and
MARGARET SPELLING, SECRETARY,
UNITED STATES DEPARTMENT OF EDUCATION
  400 Maryland Avenue, S.W.
  Washington, D.C. 20202,

Case: 1:07-cv-02303
Assigned To : Collyer, Rosemary M.
Assign. Date : 12/21/2007
Description: Employ Discrim.

TO: (Name and address of Defendant)

United States Attorney's Office
555 4th Street, NW
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John Gard
Plaintiff, pro se,
5045 Rushlight Path
Columbia, MD 21044-1295

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

DEC 2 1 2007

CLERK

(By) DEPUTY CLERK

DATE

Exh 1, B3

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE *December 26, 2008* | |
| NAME OF SERVER *(PRINT)* *FedEx* | TITLE *FedEx.com* | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): *Served by FedEx at the address specified.*

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL *97¢* | SERVICES *$18.01* | TOTAL *$18.98* |

**DECLARATION OF SERVER** *Plaintiff, pro se.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on *May 18, 2008*          *John Hay*
            Date                  Signature of Server  *Plaintiff, pro*

*5045 Rushlight Path*
            Address of Server
*Columbia, MD 21044*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

*Exh. 1, p. 4*

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

JOHN GARD,
5045 Rushlight Path
Columbia, Maryland 21004-1295,

**SUMMONS IN A CIVIL CASE**

V.

UNITED STATES DEPARTMENT of EDUCATION and
MARGARET SPELLING, SECRETARY,
UNITED STATES DEPARTMENT OF EDUCATION
  400 Maryland Avenue, S.W.
  Washington, D.C. 20202,

Case: 1:07-cv-02303
Assigned To : Collyer, Rosemary M.
Assign. Date : 12/21/2007
Description: Employ Discrim.

TO: (Name and address of Defendant)

Margaret Spelling, Secretary
United States Department of Education
400 Maryland Avenue, S.W.
Washington, D.C. 20202

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John Gard
Plaintiff, pro se,
5045 Rushlight Path
Columbia, MD 21044-1295

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    DEC 21 2007

CLERK

(By) DEPUTY CLERK                               DATE

Exh. 1, pg 5

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | *December 26, 2007* | |
| NAME OF SERVER *(PRINT)*  *FedEx* | TITLE  *FedEx, com* | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☑ Other (specify): *Served by FedEx at the address specified.*

_____

## STATEMENT OF SERVICE FEES

| TRAVEL  *97¢* | SERVICES  *$18.01* | TOTAL  *$18.98* |
|---|---|---|

## DECLARATION OF SERVER

*Plaintiff pro se.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on *May 18, 2008*        *John Hess*
_____        _____
        Date                Signature of Server

*Plaintiff Pro Se.*

*5045 Rushlight Path*
_____
        Address of Server

*Columbia, MD 21044*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

*Exh. 1, P56*

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

JOHN GARD,
5045 Rushlight Path
Columbia, Maryland 21004-1295,

**SUMMONS IN A CIVIL CASE**

V.

UNITED STATES DEPARTMENT of EDUCATION and
MARGARET SPELLING, SECRETARY,
UNITED STATES DEPARTMENT OF EDUCATION
  400 Maryland Avenue, S.W.
  Washington, D.C. 20202,

Case: 1:07-cv-02303
Assigned To : Collyer, Rosemary M.
Assign. Date : 12/21/2007
Description: Employ Discrim.

TO: (Name and address of Defendant)

William Haubert
Office of the General Counsel
United States Department of Education
400 Maryland Avenue, S.W., Room 6C106
Washington, D.C. 20202

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John Gard
Plaintiff, pro se,
5045 Rushlight Path
Columbia, MD 21044-1295

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

(By) DEPUTY CLERK

DEC 2 1 2007

DATE

Exh. 1, P7

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | December 26, 2007 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| FedEx | FedEx, Com |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served by FedEx at the address specified

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 97¢ | $18.01 | $18.98 |

### DECLARATION OF SERVER / Plaintiff Pro Se

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/18/2008          John Lord
              Date          Signature of Server   Plaintiff, pro se.

5045 Rushlight Path
Address of Server

Columbia, MD 21044

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Exh. 1, pg 8



## Summary Results

Quick Help

### Single piece shipments

| Tracking number | Status | Date Time | Destination | Service | Signature Proof Name | Other |
|---|---|---|---|---|---|---|
| 864520668045 | Delivered | Dec 26, 2007 10:23 AM | WASHINGTON, DC | FedEx Express | No | |
| 864520668056 | Delivered | Dec 26, 2007 11:01 AM | WASHINGTON, DC | FedEx Express | Yes | |
| 864520668067 | Delivered | Dec 26, 2007 9:23 AM | WASHINGTON, DC | FedEx Express | Yes | |
| 864520668078 | Delivered | Dec 26, 2007 9:23 AM | WASHINGTON, DC | FedEx Express | Yes | |

**Account number**
(Required for detailed Signature POD only)
Click here if you have more than one account number for these shipments.

**Signature Proof - view all selected**          Track more shipments/orders

*Exh 1, pg 9*

District Court Case # 1:07-CV-02303

RETAIN THIS COPY FOR YOUR RECORDS.

**FedEx® US Airbill Express**

**Sender's Copy**

FedEx Tracking Number: 8645 2066 8045

**1 From** Date 9/24/2007

Sender's FedEx Account Number — SENDER'S FEDEX ACCOUNT NUMBER ONLY

Sender's Name: John Gard    Phone 410-715-0244

Company

Address 5045 Rushlight Path

City Columbia, MD  ZIP 21044

**2 Your Internal Billing Reference**    OPTIONAL
First 24 characters will appear on invoice.

**3 To**
Recipient's Name Attorney General of US

Company

Recipient's Address 950 Independence Ave. NW

We cannot deliver to P.O. boxes or P.O. ZIP codes.    Dept/Floor/Suite/Room

Address
To request a package be held at a specific FedEx location, print FedEx address here.

City Washington    State DC    ZIP 20530

**4a Express Package Service**    *Packages up to 150 lbs.*
- FedEx Priority Overnight
- FedEx Standard Overnight
- FedEx First Overnight

*Packages over 150 lbs.*
- FedEx 2Day
- FedEx Express Saver

**4b Express Freight Service**    *Packages over 150 lbs.*
- FedEx 1Day Freight
- FedEx 2Day Freight
- FedEx 3Day Freight

**5 Packaging**
- FedEx Envelope
- FedEx Pak
- FedEx Box
- FedEx Tube
- Other

**6 Special Handling**    Include FedEx address in Section 3.
- SATURDAY Delivery NOT Available for FedEx Standard Overnight, FedEx Express Saver, or FedEx 2Day Freight.
- HOLD Weekday at FedEx Location NOT Available for FedEx First Overnight.
- HOLD Saturday at FedEx Location Available ONLY for FedEx Priority Overnight and FedEx 2Day to select locations.

Does this shipment contain dangerous goods?
- No
- Yes Shipper's Declaration not required.
- Yes Shipper's Declaration.
- Dry Ice   Dry Ice, 9, UN 1845

Cargo Aircraft Only

**7 Payment** Bill to:
- Sender Account No. in Section 1 will be billed.
- Recipient
- Third Party
- Credit Card
- Cash/Check

FedEx Acct. No.
Credit Card No.

Total Packages    Total Weight    Total Declared Value† $ .00

**8 Residential Delivery Signature Options**    If you require a signature, check Direct or Indirect.
- No Signature Required
- Direct Signature
- Indirect Signature

Rev. Date 10/06•Part #158341•©1994–2006 FedEx•PRINTED IN U.S.A. SRV

Exh. 1, p. 10

District Court Case # 1:07-cv-02303

RETAIN THIS COPY FOR YOUR RECORDS.

**FedEx US Airbill** Express

Sender's Copy

FedEx Tracking Number   8645 2066 8056

SENDER'S FEDEX ACCOUNT NUMBER ONLY

**1 From** Please print and press hard.

Date 12/21/2007

Sender's Name  John Gard   Phone ( 410-715-02**

Company

Address  5045 Rushlight Path

City  Columbia   State MD   ZIP 21044

**2 Your Internal Billing Reference**
First 24 characters will appear on invoice.

**3 To**

Recipient's Name  US Attorney's Office   Phone ( )

Company

Recipient's Address  555 4th Street, NW

We cannot deliver to P.O. boxes or P.O. ZIP codes.   Dept/Floor/Suite/Room

Address

To request a package be held at a specific FedEx location, print FedEx address here.

City  Washington   State DC   ZIP 20530

**4a Express Package Service**   *Packages up to 150 lbs.*

- FedEx Priority Overnight
- FedEx Standard Overnight
- FedEx First Overnight

- FedEx 2Day
- FedEx Express Saver

*Packages over 150 lbs.*
- FedEx 1Day Freight
- FedEx 2Day Freight
- FedEx 3Day Freight

**4b Express Freight Service**

**5 Packaging**
- FedEx Envelope
- FedEx Pak
- FedEx Box
- FedEx Tube
- Other

**6 Special Handling**
- SATURDAY Delivery
- HOLD Weekday
- HOLD Saturday

Does this shipment contain dangerous goods?
- No
- Yes (Shipper's Declaration not required)
- Yes (As per attached Shipper's Declaration)
- Dry Ice
- Cargo Aircraft Only

**7 Payment** Bill to:
- Sender
- Recipient
- Third Party
- Credit Card
- Cash/Check

Total Packages   Total Weight   Total Declared Value   $    .00

**8 Residential Delivery Signature Options**
- No Signature Required
- Direct Signature
- Indirect Signature

520

Exh. 1, pg. 11

District Court Case # 1:07-cv-02303

RETAIN THIS COPY FOR YOUR RECORDS.

**Sender's Copy**

**FedEx US Airbill**
Express

FedEx Tracking Number: 8645 2066 8067

**1 From** Please print and press hard.
Date 2/21/2007
Sender's FedEx Account Number
SENDER'S FEDEX ACCOUNT NUMBER ONLY
Sender's Name: John Gard
Phone: 410-715-0244

Company:

Address: 5045 Rushlight Path

City: Columbia   State: MD   ZIP: 21044

**2 Your Internal Billing Reference**

**3 To**
Recipient's Name: Margaret Spellings Sec.
Company: U.S. Dept. of Education
Recipient's Address: 400 Maryland Ave. SW
City: Washington   State: DC   ZIP: 20202

**4a Express Package Service**   Packages up to 150 lbs.
- FedEx Priority Overnight
- FedEx Standard Overnight
- FedEx First Overnight

FedEx 2Day

**4b Express Freight Service**   Packages over 150 lbs.
- FedEx 1Day Freight
- FedEx 2Day Freight
- FedEx 3Day Freight

**5 Packaging**
- FedEx Envelope
- FedEx Pak
- FedEx Box
- FedEx Tube
- Other

**6 Special Handling**
- SATURDAY Delivery
- HOLD Weekday
- HOLD Saturday
- Dry Ice

Does this shipment contain dangerous goods?
- No
- Yes

**7 Payment**  Bill to:
- Sender
- Recipient
- Third Party
- Credit Card
- Cash/Check

Total Packages   Total Weight   Total Declared Value
$ .00

**8 Residential Delivery Signature Options**
- No Signature Required
- Direct Signature
- Indirect Signature

520

Rev. Date 10/06•Part #1563741•©1994–2006 FedEx•PRINTED IN U.S.A. SRV

Exh 1, pg 12

District Court Case # 1:07-CV-02303

RETAIN THIS COPY FOR YOUR RECORDS.

**FedEx US Airbill** Express

Sender's Copy

FedEx Tracking Number 8645 2066 8078

**1 From** Please print and press hard.

Date 12/21/2007

Sender's FedEx Account Number

SENDER'S FEDEX ACCOUNT NUMBER ONLY

Sender's Name John Gard Phone 410-715-0244

Company

Address 5045 Rushlight Path Dept./Floor/Suite/Room

City Columbia State MD ZIP 21044

**2 Your Internal Billing Reference** OPTIONAL
First 24 characters will appear on invoice.

**3 To**

Recipient's Name William Haubert Phone

Company Office of General Counsel

Address US Dept. of Education Dept./Floor/Suite/Room
We cannot deliver to P.O. boxes or P.O. ZIP codes.

Address 400 Maryland Ave, SW 6E306 Dept./Floor/Suite/Room
To request a package be held at a specific FedEx location, print the FedEx address here.

City Washington State DC ZIP 20202

**4a Express Package Service** Packages up to 150 lbs.

☐ FedEx Priority Overnight
☐ FedEx Standard Overnight
☐ FedEx First Overnight

☐ FedEx 2Day
☐ FedEx Express Saver

**4b Express Freight Service** Packages over 150 lbs.

☐ FedEx 1Day Freight
☐ FedEx 2Day Freight
☐ FedEx 3Day Freight

**5 Packaging**

☐ FedEx Envelope
☐ FedEx Pak
☒ FedEx Box
☐ FedEx Tube
☐ Other

**6 Special Handling**

☐ SATURDAY Delivery
☐ HOLD Weekday
☐ HOLD Saturday

Does this shipment contain dangerous goods?

☐ No
☐ Yes
☐ Yes (Dry Ice)
☐ Cargo Aircraft Only

**7 Payment** Bill to:

☒ Sender
☐ Recipient
☐ Third Party
☐ Credit Card
☐ Cash/Check

Total Packages    Total Weight    Total Declared Value $            .00

**8 Residential Delivery Signature Options**

☐ No Signature Required
☐ Direct Signature
☐ Indirect Signature

520

Rev. Date 10/06•Part #158031•©1994–2006 FedEx•PRINTED IN U.S.A. SRY

Exh. 1, pg 13

**EXPENDITURE DOCUMENTATION for District Court Case No. 1:07-cv-02303(RMC)**

*Filed   Revised   Amended   Complaint*

```
        Clarksville Post Office
        Clarksville, Maryland
             210299998
          2303830562 -0097
04/18/2008   (410)531-3853      02:32:56 PM

              Sales Receipt
Product         Sale  Unit          Final
Description     Qty   Price         Price

WASHINGTON DC 20202                 $5.05
Zone-1 Priority Mail
2 lb.  6.00 oz.
 Delivery Confirmation              $0.65
 Label #:       0308007000017854513 4
                                 ========
 Issue PVI:                         $5.70

WASHINGTON DC 20202                 $5.05
Zone-1 Priority Mail
2 lb.  5.70 oz.
 Delivery Confirmation              $0.65
 Label #:       03080070000178545127
                                 ========
 Issue PVI:                         $5.70

WASHINGTON DC 20530                 $5.05
Zone-1 Priority Mail
2 lb.  6.90 oz.
 Delivery Confirmation              $0.65
 Label #:       03080070000178545110
                                 ========
 Issue PVI:                         $5.70

WASHINGTON DC 20530                 $5.05
Zone-1 Priority Mail
2 lb.  6.80 oz.
 Delivery Confirmation              $0.65
 Label #:       03080070000178545103
                                 ========
 Issue PVI:                         $5.70

Total:                             $22.80

Paid by:
MasterCard                         $22.80
  Account #:    XXXXXXXXXXXXX3773
  Approval #:   58266B
  Transaction #: 996
23 902861798

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.

Bill#: 1000302967715
Clerk: 09
```

**FedEx Kinko's℠**
Office and Print Center

5565 Sterrett Pl
COLUMBIA, MD 21044

```
Location:          CGSKN
Device ID:         CGSKN-POS3
Employee:          2030992
Transaction:       210107836680
```

```
** 2DAY **
865234931018      3.10 lb (S)      $14.64


Shipment subtotal:                 $14.64

          Total Due:               $14.64

          (M) CreditCard:          $14.64
          ************3773
```

```
M = Weight entered manually
S = Weight read from scale
T = Taxable item

Subject to additional charges. See FedEx Service Guide
at fedex.com for details. All merchandise sales final.


          Visit us at: fedex.com
          Or call 1.800.GoFedEx
             1.800.463.3339

          April 18, 2008 1:40:46 PM
```

*Exh 2, B1*

**EXPENDITURE DOCUMENTATION for District Court Case No. 1:07-cv-02303(RMC)**

*Filed Revised Amended Complaint*

RETAIN THIS COPY FOR YOUR RECORDS.

**Sender's Copy**

FedEx Tracking Number  **8652 3493 1018**

**FedEx.** US Airbill
Express

**1 From**

Date  **4/18/08**

Sender's Name  **John Gard**

Company

Address  **5045 Rushlight Path**

City  **Columbia**  State  **MD**  ZIP  **21044**

**2 Your Internal Billing Reference**

**3 To**

Recipient's Name  **Oliver McDaniel**

Company  **Asst. US Atty.**

**Civil Division**

Recipient's Address  **555 Fourth St., N.W.**

City  **Washington**  State  **DC**  ZIP  **20530**

**4a Express Package Service**

**4b Express Freight Service**

**5 Packaging**

**6 Special Handling**

**7 Payment**

Total Declared Value  **$ .00**

**520**

**8 Residential Delivery Signature Options**

*Ex h 2, pg 2*



FedEx | Track

Page 1 of 1

Español | Customer Support | FedEx Locations          Search          Go

| Package/Envelope | Freight | Expedited | Office/Print Services ★ |
| Ship › | Track › | Manage › | Business Solutions › |

Track Shipments/FedEx Kinko's Orders

## Detailed Results

🖶 Printable Version  ❓ Quick Help

| | | | | |
|---|---|---|---|---|
| **Tracking number** | 865234931018 | **Delivered to** | Mailroom | **Wrong Address?** |
| **Signed for by** | G.GOLSON | **Service type** | FedEx 2Day Box | Reduce future mistakes by using |
| **Ship date** | Apr 18, 2008 | **Weight** | 4.0 lbs. | FedEx Address Checker. |
| **Delivery date** | Apr 22, 2008 11:35 AM | | | |
| **Status** | Delivered | | | **Tracking a FedEx SmartPost** |
| | | | | **Shipment?** |
| **Signature image** | Yes | | | Go to shipper login |
| **available** | | | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Apr 22, 2008 | 11:35 AM | Delivered | | |
| | 7:43 AM | On FedEx vehicle for delivery | WASHINGTON, DC | |
| | 7:31 AM | At local FedEx facility | WASHINGTON, DC | |
| Apr 19, 2008 | 1:37 AM | At dest sort facility | DULLES, VA | |
| Apr 18, 2008 | 9:33 PM | Left origin | BELTSVILLE, MD | |
| | 1:40 PM | Picked up | COLUMBIA, MD | |



Find locations even easier.

[ Signature proof ]   [ E-mail results ]   [ Track more shipments/orders ]

Subscribe to tracking updates (optional)

*To: Oliver McDaniel Asst. US Atty.*

**Your name:**                    **Your e-mail address:**

| E-mail address | Language | | Exception updates | Delivery updates |
|---|---|---|---|---|
| | English | | | ☐ |
| | English | | | ☐ |
| | English | | | ☐ |
| | English | | | ☐ |

**Select format:** ● HTML   ☐ Text   ☐ Wireless

**Add personal message:**

Not available for Wireless or
non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions

Global Home | FedEx Mobile | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Privacy Policy | Site Map
This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2008 FedEx

*Exh 2, pg 3*



Express

FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

May 6,2008

Dear Customer:

The following is the proof-of-delivery for tracking number **865234931018**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery date: | Apr 22, 2008 11:35 |
| Signed for by: | G.GOLSON | | |
| Service type: | FedEx 2Day Box | | |



## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 865234931018 | Ship date: | Apr 18, 2008 |
| | | Weight: | 4.0 lbs. |

Recipient:
US

Shipper:
COL US

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

Exh 2, pg 4

**EXPENDITURE DOCUMENTATION** for District Court Case No. 1:07-cv-02303(RMC)

*Filed Revised Amended Complaint*



Ex-L 2, pg 5


**UNITED STATES**
**POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **0308 0070 0001 7854 5110**
Detailed Results:

- **Delivered, April 21, 2008, 4:49 am, WASHINGTON, DC 20530**
- **Notice Left, April 20, 2008, 7:31 am, WASHINGTON, DC 20530**
- **Arrival at Unit, April 20, 2008, 6:43 am, WASHINGTON, DC 20022**
- **Processed, April 19, 2008, 4:11 pm, WASHINGTON, DC 20074**
- **Acceptance, April 18, 2008, 2:31 pm, CLARKSVILLE, MD 21029**

*< Back*                                   *Return to USPS.com Home >*

---

**Track & Confirm**

Enter Label/Receipt Number.

*Go >*

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.     *Go >*

Copyright© 1999-2007 USPS. All Rights Reserved.     No FEAR Act EEO Data     FOIA

To:   ~~ASS~~ U.S. Atty's Office

Exh 2, pg 6



**UNITED STATES**
**POSTAL SERVICE** ®

Home | Help | Sign In

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **0308 0070 0001 7854 5103**
Detailed Results:

- **Delivered, April 21, 2008, 4:49 am, WASHINGTON, DC 20530**
- **Notice Left, April 20, 2008, 7:31 am, WASHINGTON, DC 20530**
- **Arrival at Unit, April 20, 2008, 6:42 am, WASHINGTON, DC 20022**
- **Processed, April 19, 2008, 4:11 pm, WASHINGTON, DC 20074**
- **Acceptance, April 18, 2008, 2:32 pm, CLARKSVILLE, MD 21029**

*< Back*                    *Return to USPS.com Home >*

*Track & Confirm*

Enter Label/Receipt Number.

*Go >*

## Notification Options

### Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.   *Go >*

Site Map    Contact Us    Forms    Govt Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

*To:   U.S. Attorney General.*

*Exh 2, pg 7*


**UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm        FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **0308 0070 0001 7854 5134**
Detailed Results:

- **Delivered, April 21, 2008, 9:26 am, WASHINGTON, DC 20202**
- **Arrival at Unit, April 20, 2008, 6:45 am, WASHINGTON, DC 20022**
- **Processed, April 19, 2008, 4:11 pm, WASHINGTON, DC 20074**
- **Acceptance, April 18, 2008, 2:29 pm, CLARKSVILLE, MD 21029**

*< Back*                    *Return to USPS.com Home >*

Track & Confirm

Enter Label/Receipt Number.

*Go >*

## Notification Options

### Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.   *Go >*

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

*To: William Haubert*

*Ex2, pg 8*


**UNITED STATES**
**POSTAL SERVICE**®

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **0308 0070 0001 7854 5127**
Detailed Results:

- **Delivered, April 24, 2008, 11:15 am, WASHINGTON, DC 20202**
- **Arrival at Unit, April 24, 2008, 6:57 am, WASHINGTON, DC 20022**
- **Processed, April 21, 2008, 3:44 pm, WASHINGTON, DC 20074**
- **Forwarded, April 21, 2008, 4:14 am, WASHINGTON, DC**
- **Processed, April 19, 2008, 4:11 pm, WASHINGTON, DC 20074**
- **Acceptance, April 18, 2008, 2:30 pm, CLARKSVILLE, MD 21029**

*< Back*                    *Return to USPS.com Home >*

**Track & Confirm**

Enter Label/Receipt Number.

*Go >*

## Notification Options

### Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.    *Go >*

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

To:    Ms. Spelling, Secretary,
U.S. Dept. of Education

Exh 2, Pg 9