UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN GARD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>EDUCATION, )<br>)<br>and )<br>)<br>MARGARET M. SPELLING, )<br>SECRETARY, UNITED STATES )<br>DEPARTMENT OF EDUCATION, )<br>)<br>Defendants. )<br>) | Civil Action No. 07-2303 (RMC) |

## ORDER TO SHOW CAUSE

On December 21, 2007, Plaintiff, John Gard, filed a complaint against Defendants United States Department of Education and Margaret M. Spelling, in her official capacity as Secretary, United States Department of Education. *See* Dkt. # 1. On January 2, 2008, Plaintiff filed a Motion to Compel and Motion for Sanctions due to Defendant's [sic] Reprisal Processing Act Pertaining to Defendant's [sic] Refusal to Answer Plaintiff's First Handicap Discrimination Complaint's Discovery Requests [Dkt. # 2]. Also on January 2, 2008, Plaintiff filed a Motion to Compel and Motion for Sanctions due to Defendant's [sic] Reprisal Processing Act pertaining to Defendant's [sic] Refusal to Forward the Defendant's [sic] Report of Investigation for Plaintiff's First Handicap Discrimination, and Plaintiff's Second Handicap Discrimination and Reprisal Complaints to the EEOC [Dkt. # 3].

On March 14, 2008, Plaintiff filed a motion for leave to, *inter alia*, file an amended complaint against Defendants [Dkt. # 8]. Specifically, Plaintiff requested that the Court clarify that:

> a) the Plaintiff must file with the District Court the original plus one copy of the Revised Amended Complaint, and serve one copy of the Revised Amended Complaint on the Defendants' Counsel of Record by FedEx, USPS or hand-delivery by the due date to be timely filed; b) Plaintiff's previously filed motions will remain pending until the Court's receipt of the Defendants' response thereto or the Defendant's [sic] answer to the Revised Amended Complaint; c) the Defendant's [sic] response to Plaintiff's motions must be filed before or with the Defendant's [sic] answer to the Revised Amended Complaint to be timely; d) Plaintiff's reply to the Defendant's [sic] response must be filed no later than ten days after Plaintiff's receipt of the Defendant's [sic] response to be timely; and e) both parties are **enjoined** from taking any discovery action and filing any type of discovery on the other party until receipt of further adjudication instructions from this Court, which instructions will be issued after the Court's review of the Defendants' answer to the Revised Amended Complaint and Defendants' response to the motions Plaintiff filed[,] and Plaintiff's reply thereto. . . .

Pl.'s Mot. to File a Revised Am. Compl. at 13 (emphasis in original). The Court granted Plaintiff's Motion for Leave to File a Revised Amended Complaint, directed Plaintiff to file his amended complaint no later than April 18, 2008, and ordered Defendants to "file a prompt response." *See* Apr. 2, 2008 Minute Entry Order. The Court also ordered that no discovery shall take place until an answer is filed. *Id.* Plaintiff filed a Notarized Revised Amended Complaint on April 18, 2008 [Dkt. # 9] and a return of service and affidavit of revised complaint on May 20, 2008, executed as to (1) Oliver W. McDaniel, Assistant United States Attorney, Civil Division, on April 22, 2008; (2) the United States Attorney's Office for the District of Columbia on April 21, 2008; (3) the Attorney General of the United States on April 21, 2008; (4) William Haubert, Office of the General Counsel, United States Department of Education, on April 21, 2008; and (5) Margaret Spelling, Secretary, United States Department of Education, on April 24, 2008 [Dkt. # 10]. Not having received a

response to his amended complaint, Plaintiff filed a Motion to Compel the Defendants to Answer the Revised Amended Complaint and Motion for Sanctions Due to Defendants' Violation of the Court's Order Dated April 2, 2008 [Dkt. # 11].

Pursuant to Rule 15(a)(3) of the Federal Rules of Civil Procedure, unless the Court orders otherwise, a "response to an amended pleading must be made . . . within 10 days after service of the amended pleading." As noted above, on April 2, 2008, the Court ordered Defendants to "file a prompt response." A "prompt" response is one which is "performed exactly at the time appointed: punctual, timely." *See* Roget's II: The New Thesaurus 774 (Houghton Mifflin Company, 3d ed. 1995). In this instance, the timeliness of a response is determined by Rule 15(a)(3) which commands that a response to an amended complaint must be made within 10 days after receipt of service. *See* Fed. R. Civ. P. 15(a)(3). Defendants' response to Plaintiff's amended complaint, therefore, should have been filed no later than May 8, 2008. To date, Defendants still have not filed a response.

Accordingly, it is hereby

**ORDERED** that, on or before **June 20, 2008**, Defendants shall **SHOW CAUSE** in writing why they should not be required to respond to Plaintiff's amended complaint forthwith; and it is further

**ORDERED** that, on or before **June 20, 2008**, Defendants shall **SHOW CAUSE** in writing why they should not be required to respond forthwith to Plaintiff's pending Motion to Compel and Motion for Sanctions due to Defendant's [sic] Reprisal Processing Act Pertaining to Defendant's [sic] Refusal to Answer Plaintiff's First Handicap Discrimination Complaint's Discovery Requests [Dkt. # 2], and Motion to Compel and Motion for Sanctions due to Defendant's [sic] Reprisal Processing Act pertaining to Defendant's [sic] Refusal to Forward the Defendant's [sic] Report of Investigation for Plaintiff's First Handicap Discrimination, and Plaintiff's Second

Handicap Discrimination and Reprisal Complaints to the EEOC [Dkt. # 3].

    **SO ORDERED**.


Date: June 6, 2006                                  /s/
                                                               ROSEMARY M. COLLYER
                                                              United States District Judge