UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN GARD | ) |
|       **Plaintiff,** | ) |
| v. | ) Civil Action No. 07-2303 (RMC) |
| UNITED STATES DEPARTMENT of EDUCATION | ) |
| and | ) |
| MARGARET M. SPELLINGS, SECRETARY UNITED STATES DEPARTMENT OF EDUCATION | ) |
|       **Defendants.** | ) |

**DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE**

The Defendants, through counsel, the United States Attorney for the District of Columbia, respectfully respond to the Court's June 6, 2008 order to show cause. Today, Defendants are filing a Motion to Dismiss Or, Alternatively, for a More Definite Statement in response to Plaintiff's Amended Complaint. Defendants are also filing a combined opposition to both of Plaintiff's Motions to Compel and for Sanctions [#2 and #3]. Defendants submit that these responses satisfy the Court's order to show cause.[1]

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. BAR NUMBER 498-610

By:               /s/              
OLIVER W. McDANIEL, D.C. Bar No. 377-360
Assistant United States Attorney

---

[1] Counsel for the Defendants regrets not filing a more timely response to the Amended Complaint and respectfully asks the Court's forebearance. What Plaintiff's motion does not reveal is that Plaintiff had consented to give Defendants sixty days to respond to his Amended Complaint. Counsel for the Defendants mistakenly believed that this request had been made to the Court.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, this 20th day of June, 2008, that a copy of the foregoing Defendants' Response to Order to Show Cause, has been served on Plaintiff, *Pro se*, by first class mail, postage prepaid, addressed to:

John Gard
5045 Rush Light Path
Columbia, MD  21044-1295

_____/s/_____
OLIVER W. McDANIEL
D.C. Bar No. 377-360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C.  20530
(202) 616-0739
(202) 514-8780 (Fax)